**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH OCASIO,                  : No. 628 MAL 2014

                         :

             Petitioner       : Petition for Allowance of Appeal from the

                         : Order of the Commonwealth Court

                         :

         v.                    :

                         :

                         :

WORKERS' COMPENSATION APPEAL   :

BOARD (CITY OF BETHLEHEM),       :

                         :

          Respondents      :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.